1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11 | ADRIAN MOON,                                    1:12-cv-01243-MJS (PC)

12 |          Plaintiff,

13 | v.                                              ORDER DENYING MOTION FOR
                                                      APPOINTMENT OF COUNSEL

14 | C. REECE, et al.,

15 |          Defendants.                            (ECF No. 11)

16 | _____/

17          Plaintiff Adrian Moon ("Plaintiff") is a state prisoner proceeding pro se in this civil

18 | rights action pursuant to 42 U.S.C. § 1983.  On August 15, 2012, Plaintiff filed a motion

19 | entitled "Emergency Ex Parte Motion to Enter Order for Stipulation Agreement in Lieu of

20 | Motion for (TRO) Pursuant to Fed. R. Civ. P. 65(a) and Motion to Appoint Counsel

21 | Pursuant to Fed. R. Civ. P. 23(b) Class Action; (g) Class Counsel; Declaration in Support

22 | of."  (ECF No. 11.)  Upon reviewing Plaintiff's motion, it appears that Plaintiff is simply

23 | seeking the appointment of counsel.

24          Plaintiff does not have a constitutional right to appointed counsel in this action, Rand

25 | v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney

26 | to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District

27 | Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989).

28          In certain exceptional circumstances the Court may request the voluntary assistance

-1-

1   of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.  However, without a

2   reasonable method of securing and compensating counsel, the Court will seek volunteer

3   counsel only in the most serious and exceptional cases.   In determining whether

4   "exceptional circumstances exist, the district court must evaluate both the likelihood of

5   success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light

6   of the complexity of the legal issues involved."  Id. (internal quotation marks and citations

7   omitted).

8          In the present case, the Court does not find the required exceptional circumstances.

9   Even if it is assumed that Plaintiff is not well versed in the law and that he has made

10  serious allegations which, if proved, would entitle him to relief, his case is not exceptional.

11  This Court is faced with similar cases almost daily.  Further, at this early stage in the

12  proceedings, the Court cannot make a determination that Plaintiff is likely to succeed on

13  the merits, and based on a review of the record in this case, the Court does not find that

14  Plaintiff cannot adequately articulate his claims.  Id.

15         For the foregoing reasons, Plaintiff's motion for appointment of counsel is DENIED,

16  without prejudice.

17  IT IS SO ORDERED.

18  Dated:  ____March 6, 2013____          _____/s/ *Michael J. Seng*_____

19                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28