UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | CASE NO. 1:12-cv-01243-MJS PC |
| Plaintiff, | ORDER DENYING EMERGENCY EX PARTE MOTION FOR RELIEF |
| v. | (ECF No. 21) |
| C. REECE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Adrian Moon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 30, 2012. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 10.)

The Court screened Plaintiff's Complaint and dismissed it, with leave to amend, for failure to state a claim,. (ECF Nos. 1, 17.) Plaintiff has yet to file an amended complaint.

On January 14, 2013, Plaintiff filed a motion entitled "'Emergency' Ex Parte Motion for Relief of Order Dismissing Complaint with Leave to Amend." (ECF No. 21.) In his motion, Plaintiff alleges that the Court failed to give him sufficient time in which to file an amended complaint.

However, two weeks after Plaintiff filed this motion, Plaintiff filed a motion to extend time to file an amended complaint, which the Court granted. (ECF Nos. 25 & 27.) Plaintiff was to file his amended complaint by March 11, 2013. (ECF No. 27.) Despite this extension, Plaintiff has failed to file an amended complaint.

Accordingly, since the Court granted Plaintiff's request for an extension of time in another motion, Plaintiff motion for emergency ex parte relief for additional time in which

to file his amended complaint is DENIED as moot.

IT IS SO ORDERED.

Dated: April 18, 2013          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE